IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


RICHARD BELL,                                    3:11-CV-935-BR

      Plaintiff,

                                    JUDGMENT

v.

PENSION PLAN FOR BARGAINING
UNIT EMPLOYEES OF TRI-MET,
BETH DEHAMEL, LYNN LEHRBACK,
JANNA TORAN, JOHN HUNT, SAM
SCHWARZ, YVETTE FARRA, and
TRI-COUNTY METROPOLITAN
TRANSPORTATION DISTRICT OF
OREGON,

      Defendants.


    Based on the Court's Opinion and Order (#40  ) issued on

July 31, 2012, the Court hereby **dismisses with prejudice**

Plaintiff's First Claim under § 301 of LMRA, **dismisses without**

**prejudice** Plaintiff's Second Claim for common-law breach of

contract, and, accordingly, **dismisses** this matter in its

entirety.

    IT IS SO ORDERED.

    DATED this 31st day of July, 2012.


                                  _____
                                  ANNA J. BROWN
                                  United States District Judge


1 - JUDGMENT